UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------X
METROPOLITAN LIFE INSURANCE
COMPANY,

                          Plaintiff,

           -against-                         **SUA SPONTE REPORT AND RECOMMENDATION**

BRIANNA LATIMORE, DENIQUA              21-CV-5916 (WFK) (TAM)
WRIGHT, TRACHELLE DUNCAN,
DAJEAN LATIMORE, and TISHA
HINES,

                        Defendants.
-------------------------------------------------------X

**TARYN A. MERKL**, United States Magistrate Judge:

      Plaintiff Metropolitan Life Insurance Company initiated this interpleader action against Defendants Brianna Latimore, Deniqua Wright, Trachelle Duncan, Dajean Latimore, and Tisha Hines on October 25, 2021, to settle a dispute regarding Defendants' entitlement to life insurance benefits. (*See* Compl., ECF No. 1.) The insured, John Latimore, passed away on August 31, 2021, and, at the time of his death, the most recent beneficiary designation on file with Plaintiff named Tisha Hines as the sole beneficiary. (*See id.* ¶¶ 11, 14.) The day prior to Mr. Latimore's death, however, Plaintiff received correspondence from Brianna Latimore, Deniqua Wright, and Trachelle Duncan, who, along with Dajean Latimore, had been previously named as beneficiaries under the policy, each to receive 25% of the annuity benefits. (*See id.* ¶¶ 13, 16.) Brianna Latimore, Deniqua Wright, and Trachelle Duncan contested the most recent beneficiary designation on the basis that Mr. Latimore had not been of sound mind when the designation was made. (*See id.* ¶ 16.) In light of the dispute, Plaintiff requested

permission to deposit the life insurance benefits with the Court and to be excused from the action. (*See id.* at p. 4–5.)

On December 10, 2021, the Court granted Plaintiff's motion to deposit the contested funds into the Registry of the Clerk of the Court. (*See* Order Granting Mot. to Deposit Funds, ECF No. 17.) Plaintiff deposited the funds, in the amount of $24,964.73, on February 9, 2022, and, on March 16, 2022, the Honorable William F. Kuntz II dismissed Plaintiff from the action. (*See* Treasury Receipt, ECF No. 25; Order Granting Mot. for Entry of Judgment, ECF No. 29.) The Court subsequently referred Defendants to mediation on March 30, 2022, but they did not reach a settlement. (*See* Mar. 30, 2022 ECF Referral Order; Oct. 3, 2022 ECF Minute Entry and Order.)

Following preliminary discovery efforts, the Court held a status conference on April 18, 2023. (*See* Apr. 18, 2023 ECF Minute Entry.) All Defendants were in attendance. (*See id.*) As stated on the record, Brianna Latimore, Deniqua Wright, and Trachelle Duncan withdrew all entitlement to the funds deposited with the Court. (*See id.*) As also stated on the record, Tisha Hines and Dajean Latimore each indicated that the contested funds should be distributed to Tisha Hines.[1] (*See id.*) The Court confirmed each party's understanding of the foregoing on the record. (*See id.*)

In light of Defendants' representations at the April 18, 2023 status conference, the Court respectfully recommends that the Court enter the attached Proposed Order disbursing the funds and closing this case.

* * * * *

---

[1] During the April 18, 2023 status conference, Ms. Hines requested that any check issued by the Clerk of Court be made out to Tisha Hines Latimore. (*See* Apr. 18, 2023 ECF Minute Entry.)

      This Report and Recommendation will be filed electronically and sent by mail to Defendants Brianna Latimore, Deniqua Wright, Trachelle Duncan, Dajean Latimore, and Tisha Hines. Objections to this Report and Recommendation must be filed, with a courtesy copy sent to the Honorable William F. Kuntz II, at 225 Cadman Plaza East, Brooklyn, New York 11201, within fourteen (14) days of filing. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2); *see also* Fed. R. Civ. P. 6(a) (providing the method for computing time). Failure to file objections within the specified time waives the right to appeal both before the district court and appellate courts. *See, e.g.*, *Caidor v. Onondaga County*, 517 F.3d 601, 604 (2d Cir. 2008) (explaining that "failure to object timely to a . . . report [and recommendation] operates as a waiver of any further judicial review of the magistrate [judge's] decision").

      **SO ORDERED.**

Dated:  Brooklyn, New York
         April 18, 2023

                                     *Taryn A. Merkl*
                                   TARYN A. MERKL
                                   UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------X
METROPOLITAN LIFE INSURANCE
COMPANY,

                     Plaintiff,

       -against-                                **PROPOSED ORDER**
                                                              21-CV-5916 (WFK) (TAM)
BRIANNA LATIMORE, DENIQUA
WRIGHT, TRACHELLE DUNCAN,
DAJEAN LATIMORE, and TISHA
HINES,

                     Defendants.
------------------------------------------------------X

       WHEREAS, on or about February 9, 2022, pursuant to a Court order, Interpleader Plaintiff Metropolitan Life Insurance Company deposited the sum of $24,964.73, plus any applicable interest (the "Interpleaded Funds"), into the Registry of the Clerk of Court (*see* Mot. to Deposit Funds, ECF No. 15; Order Granting Mot. to Deposite Funds, ECF No. 17; Treasury Receipt, ECF No. 25);

       WHEREAS, on February 16, 2022, pursuant to a Court order, Plaintiff was discharged from liability as to the Interpleaded Funds and dismissed from this action (*see* Order Granting Mot. for Entry of Judgment, ECF No. 29); and

       WHEREAS, on April 18, 2023, during a conference before the Honorable Taryn A. Merkl, United States Magistrate Judge, on the record, Defendants Brianna Latimore, Deniqua Wright, and Trachelle Duncan, withdrew any entitlement to the Interpleaded Funds, and Tisha Hines and Dajean Latimore agreed that the Interpleaded Funds should be disbursed to Tisha Hines (*see* Apr. 18, 2023 ECF Minute Entry);

4

**WHEREFORE, IT IS HEREBY ORDERED**:

1. In light of Defendants' representations, 28 U.S.C. § 2042, and E.D.N.Y. Local Rule 67.1, the Clerk of Court shall release and disburse the Interpleaded Funds currently on deposit with the Clerk Registry to Tisha Hines Latimore, 5721 Ave H, Apt 2D, Brooklyn, NY 11234.

2. The parties shall comply with all further directions of the Clerk of Court as necessary to effect the release and disbursement of the Interpleaded Funds, as set forth above.

3. Upon the release and disbursement of the Interpleaded Funds, as set forth above, this action, including but not limited to all crossclaims, shall be dismissed in its entirety with prejudice, and the Clerk of Court shall close this action.

   **SO ORDERED.**

Dated:  Brooklyn, New York
        _____, 2023

                                        _____
                                        WILLIAM F. KUNTZ, II
                                        UNITED STATES DISTRICT JUDGE