UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X
METROPOLITAN LIFE INSURANCE
COMPANY,

                              Plaintiff,

               -against-                               **ORDER**
                                                               21-CV-5916 (WFK) (TAM)
BRIANNA LATIMORE, DENIQUA
WRIGHT, TRACHELLE DUNCAN,
DAJEAN LATIMORE, and TISHA
HINES,

                              Defendants.
---------------------------------------------------------X

      WHEREAS, on or about February 9, 2022, pursuant to a Court order, Interpleader Plaintiff Metropolitan Life Insurance Company deposited the sum of $24,964.73, plus any applicable interest (the "Interpleaded Funds"), into the Registry of the Clerk of Court (*see* Mot. to Deposit Funds, ECF No. 15; Order Granting Mot. to Deposite Funds, ECF No. 17; Treasury Receipt, ECF No. 25);

      WHEREAS, on February 16, 2022, pursuant to a Court order, Plaintiff was discharged from liability as to the Interpleaded Funds and dismissed from this action (*see* Order Granting Mot. for Entry of Judgment, ECF No. 29); and

      WHEREAS, on April 18, 2023, during a conference before the Honorable Taryn A. Merkl, United States Magistrate Judge, on the record, Defendants Brianna Latimore, Deniqua Wright, and Trachelle Duncan, withdrew any entitlement to the Interpleaded Funds, and Tisha Hines and Dajean Latimore agreed that the Interpleaded Funds should be disbursed to Tisha Hines (*see* Apr. 18, 2023 ECF Minute Entry);

WHEREFORE, IT IS HEREBY ORDERED:

1. In light of Defendants' representations, 28 U.S.C. § 2042, and E.D.N.Y. Local Rule 67.1, the Clerk of Court shall release and disburse the Interpleaded Funds currently on deposit with the Clerk Registry to Tisha Hines Latimore, 5721 Ave H, Apt 2D, Brooklyn, NY 11234.
2. The parties shall comply with all further directions of the Clerk of Court as necessary to effect the release and disbursement of the Interpleaded Funds, as set forth above.
3. Upon the release and disbursement of the Interpleaded Funds, as set forth above, this action, including but not limited to all crossclaims, shall be dismissed in its entirety with prejudice, and the Clerk of Court shall close this action.

SO ORDERED.

Dated: Brooklyn, New York
       May 15, 2023

s/ WFK

_____
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE